☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :     **19 CRIM 086**

      - v -                 :     NOTICE OF INTENT TO
                                        FILE AN INFORMATION
DANIELLE BURDUCEA,              :
   a/k/a "Danielle Brewer,"
                             :

            Defendant.         :     **JUDGE DANIELS**

- - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           February 7, 2019

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                         By:  _____
                             DAVID ABRAMOWICZ
                             Assistant United States Attorney

                         AGREED AND CONSENTED TO:

                       By:  _____
                         JAMES KOUSOUROS, Esq.
                         Attorney for Danielle Burducea

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/19