UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA        :        **WAIVER OF INDICTMENT**
:
            - v. -               :        19 Cr. _____ (GBD)
:
DANIELLE BURDUCEA,              :
    a/k/a "Danielle Brewer,"    :        19 CRIM 086
                                :
            Defendant.          :
:
- - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1349, 1028A, and 2, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
DANIELLE BURDUCEA
Defendant

_____
Witness

_____
JAMES KOUSOUROS, ESQ.
Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ FEB 1 1 2019
DATE FILED: _____

Date:   New York, New York
        February 11, 2019