# JAMES KOUSOUROS

*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR ASSOCIATE

EMMA J. COLE
LEGAL ASSISTANT

April 10, 2019

**Via ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007- 1312

**SO ORDERED:**

*/s/ George B. Daniels*
**George B. Daniels, U.S.D.J.**

**Dated:** APR 1 1 2019

**Re: United States v. Danielle Burducea, 19-CR-86**

Dear Judge Daniels,

This letter is respectfully submitted to request that the Court issue an Order permitting Danielle Burducea to travel to Dallas, Texas with her husband Dr. Alexandru Burducea from May 2, 2019 to May 5, 2019 in order to visit family.

Assistant United States Attorney Noah Solowiejczyk and Pretrial Services Officer Marlon Ovalles have no objection to the instant travel request.

Thank you for your courtesy and consideration.

Respectfully Submitted,

/s/
James Kousouros, Esq.

C.C.

Noah Solowiejczyk,
*Assistant United States Attorney*

Marlon Ovalles,
*United States Pretrial Services Officer*