UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

DANIELLE BURDUCEA,

               Defendant.

------------------------------------------X

19cr0086 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2020

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the United States Probation Office shall prepare a PreSentence Investigation Report. Counsel for defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

IT IS HEREBY ORDERED that sentencing is scheduled for **June 19, 2020** at **10:00 a.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **June 5** and the defendant's submission shall be due **June 12**. Counsel shall provide one (1) courtesy copy of their submissions to the Court by mail or delivery to the U.S. Courthouse, 500 Pearl Street, New York, NY.

Dated:   New York, New York
         March 11, 2020

                                              _/s/ Denise Cote_
                                              DENISE COTE
                                    United States District Judge