```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
              -v-                        :           19cr86 (DLC)
                                         :
 DANIELLE BURDUCEA,                      :              ORDER
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced in person, in Courtroom 18B, 500 Pearl Street, on August 14, 2020 at 2:00 p.m. In light of the ongoing COVID-19 pandemic, and in response to defense counsel's July 23 letter inquiring whether members of the defendant's family may observe the sentencing remotely, it is hereby

ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **July 31, 2020,** defense counsel must advise the Court of how many spectators will attend the sentencing. The parties must advise the Court by the same date how many individuals will be seated at counsel's tables. Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court sentencing of the defendant may listen to the sentencing proceeding through a telephone link by calling **888-363-4749** and using access code **4324948.**

Dated:   New York, New York
         July 23, 2020

                                                  _____
                                                   DENISE COTE
                                     United States District Judge