# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

**JAMES KOUSOUROS**
FOUNDER & PRINCIPAL

**EMMA J. COLE**
LEGAL ASSISTANT

July 31, 2020

**BY ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007- 1312

Re:   **United States v. Danielle Burducea**, 19 Cr. 086 (DLC)

Dear Judge Cote,

We are in receipt of the Court's Order, Docket Entry 27, concerning the sentencing of Ms. Burducea. I write to inform the Court that there will no spectators attending the sentencing in person. Ms. Burducea's family and friends will attend the sentencing via the telephone link provided by the Court.

There will be two people seated at the table for the defense – the undersigned and Ms. Burducea. We have spoken with Assistant United States Attorney Nicholas Folly who has informed us that there will be no more than three individuals seated at the table for the Government.

Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

David Abramowicz
Nicholas Folly
Noah Solowiejczky
Assistant United States Attorneys