# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

November 8, 2021

**BY ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007- 1312

Re:   **United States v. Danielle Burducea, 19 Cr. 086 (DLC)**

Dear Judge Cote,

This letter is respectfully submitted to request the Court issue an Order directing the Department of Probation to return Ms. Burducea's passport to her. The Department of Probation returns passports to the issuing department absent a Court Order. Probation is currently holding Ms. Burducea's passport for 30-days pending an Order from the Court directing its return.

The Department of Probation and the Government have no objection to the instant request.

Thank you for your courtesy and consideration.

Respectfully submitted,

/s/

James Kousouros, Esq.

c.c.

David Abramowicz
Noah Solowiejczky
Nicholas Folly
Assistant United States Attorneys

Christina Alexander-Nezbeth
United States Probation Officer

Granted.
Denise Cote
11/9/21